UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | |
| **JOHN GREEN,** | **VIOLATIONS:** |
| Defendant | **18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)** (Access with Intent to View Child Pornography) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about and between May 26, 2019 and May 24, 2021, in the District of Columbia and elsewhere, the defendant, **JOHN GREEN**, did knowingly access with intent to view 1 or more images or video files, or other matter, which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means including by computer and the internet, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

(**Access with Intent to View Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2))

## **FORFEITURE ALLEGATION**

Upon conviction of the offense charged in Count One of the Information, the defendant shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

i. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the items seized from the defendant's person or residence on July 20, 2021.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty; the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above described forfeitable property.

MATTHEW D. GRAVES
United States Attorney

*Amy E. Larson*

Amy E. Larson
Assistant United States Attorney
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov