NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  22-CR-00006-CKK

**John Green**
            (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_Thomas Key_
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**Thomas Key (476595)**
(Attorney & Bar ID Number)

Law Office Thomas A. Key
(Firm Name)

**641 Indiana Ave., NW**
(Street Address)

**Washington DC 20004**
(City)        (State)        (Zip)

**(202) 737-6500**
(Telephone Number)