# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. 22-00006 (CKK) |
| JOHN GREEN, | : |
| Defendant | : |

## ORDER

It is this 1st day of June 2022,

ORDERED that the Government's Memorandum in Aid of Sentencing shall be filed by no later than August 17, 2022; and that Defendant's Memorandum in Aid of Sentencing shall be filed by no later than August 31, 2022; and it is

FURTHER ORDERED that the Sentencing of Defendant John Green shall be held on September 15, 2022, at 10:00 a.m. in Courtroom 28A in the Annex.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE