UNITED STATES DISTRICT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Case **No: 22 CR 006** |
| : | |
| : | **Judge Kollar-Kotelly** |
| **V.** : | **Courtroom 28A** |
| : | **Status: 8-24-22** |
| **John Green** : | |

## MOTION TO CONVERT HEARING TO A REMOTE HEARING

Undersigned counsel respectfully moves this Honorable Court to convert the hearing scheduled to be in person tomorrow to a remote hearing for the purpose of continuing the case to a future date for the following reasons:

1.     As is discussed in detail in the draft presentence report, Mr.Green is the caretaker of his significant other. They have been together for 40 years and Mr. Green needs time to make arrangements for her care which will require him to consult with her family and arrange for her to move to Connecticut.

2.     Mr. Green needs additional time to make arrangements for his daughter to take over all of his finances so his bills will continue to be paid.

3.     Mr. Green has in the last week detected new hard lumps in his groin area which may be cancer and he needs time to get that issue assessed.

Additionally, Mr. Green has started a private psychosexual examination and the parties wish to discuss that issue as well.

I have spoken to AUSA Amy Larson and she does not oppose converting the hearing from an in person hearing to a remote hearing.

**WHEREFORE,** counsel respectfully requests that his motion be granted and that the hearing be converted from an in person hearing to a remote hearing.

Respectfully submitted,

/s/ Thomas Key
_____
Thomas A. Key
Bar No. 476595
641 Indiana Avenue, NW
Washington, D.C. 20004