IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-cr-006** |
| | : | |
| v. | : | |
| | : | |
| **JOHN GREEN,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO EXTEND FILING DEADLINE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court extend the time for the filing of the Sentencing Memorandums. As grounds for this motion, the government states the following:

1. In the present case, the final Pre-Sentence Investigative Report (PSR) is expected to be filed on December 16, 2022, the date the Court directed the parties to file their Sentencing Memorandums.

2. The parties anticipated that these dates would be vacated, because Probation had not received the ordered PsychoSexual Evaluation until Friday, December 9, 2022. As such, the parties are just now reviewing the Evaluation, and will need additional time to determine whether or not they object to the Evaluation and/or any of the information contained therein.

3. As such, the parties request that the Court extend the date that the parties must file their Sentencing Memorandums until December 20, 2022. The parties request that the Court maintain the date for Sentencing: January 9, 2023.

Wherefore, the government respectfully moves this Court to grant an extension of the time for the parties to file their Sentencing Memorandums, as outlined above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: _____/s/ *Amy E. Larson*_____
Amy E. Larson, N.Y. Bar 4108221
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202)252-7863
Amy.Larson2@usdoj.gov